UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
DEC - 6 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

vs.

Criminal No. 24-20662

Hon. Jonathan J.C. Grey

D-1, Delphine Georgiana Epure,

    Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Delphine Georgiana Epure, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Up to 30 years and/or a $1 million fine.

Count 2:    Up to 30 years and/or a $1 million fine.

Count 4:    Up to 5 years and/or a $250,000 fine.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Delphine Georgiana Epure
Defendant

Page 1 of 2

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 12/6/2024